THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | ) Adv. Pro. No. 15-05282 (tjt) |
| Plaintiff, | ) |
| – against – | ) |
| MCNAUGHTON MCKAY ELECTRIC COMPANY, | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that The City of Detroit, Michigan hereby dismisses the Complaint in the above-captioned Adversary Proceeding as it pertains to McNaughton McKay Electric Company pursuant to F. R. Civ. P. Rule 41(a)(1)(a)(i), with prejudice, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

Dated: December 30, 2015

                TOGUT, SEGAL & SEGAL LLP
                By:

                /s/ Scott E. Ratner
                ALBERT TOGUT (AT-9759)
                SCOTT E. RATNER (SER-0015)
                Members of the Firm
                One Penn Plaza, Suite 3335
                New York, New York 10119
                (212) 594-5000

                *Counsel for the City of Detroit, Michigan*